DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA ROBINSON,** as Personal Representative of the **ESTATE OF GLENN ROBINSON**, et al.,
Appellants,

v.

**CLEVELAND CLINIC FLORIDA (A NONPROFIT CORPORATION),** d/b/a **CLEVELAND CLINIC FLORIDA,**
Appellee.

No. 4D2024-1939

[January 15, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE20-019602.

Grace Mackey Streicher and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Nicole Kruegel of Rafferty Domnick Cunningham & Yaffa, Palm Beach Gardens, for appellant.

Thomas G. Aubin, Matthew S. Podolnick, and Amanda L. Spencer of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***